PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Carrington Lamont Harrell            **Docket Number:** 09-00226-001
                                                                    **PACTS Number:** 47279

**Name of Sentencing Judicial Officer:** The Honorable Faith S. Hochberg, (accepted jurisdiction from MD/NC on March 30, 2009).

**Date of Original Sentence:** 10/16/1990

**Original Offense:** Possession with Intent to Distribute "Crack" Cocaine

**Original Sentence:** 235 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** 10/10/07

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On February 19, 2009, Harrell was arrested by the Linden Police Department and charged with Unlawful Possession of a Firearm by a Convicted Felon (2nd degree); Possession of Marijuana (more than one ounce) with Intent to Distribute (3rd Degree); Possession of Marijuana with Intent to Distribute within 500 feet of a Park (2nd degree); Possession of Marijuana with Intent to Distribute within 1,000 feet of a School (3rd degree); Resisting Arrest (3rd degree); Destruction of Evidence (4th degree); two counts of Aggravated Assault on a Law Enforcement Officer (3rd degree); Possession of Marijuana (DP); Possession of Drug Paraphernalia (DP); and Failure to Give CDS to Police (DP). |

PROB 12C - Page 2
Carrington Lamont Harrell

A surveillance was established in the area of Harrell's residence at 23 East 17th Street, Linden, New Jersey. Authorities observed the offender enter his vehicle, and they followed him to South Wood Avenue. Police observed the offender in what they believed was a drug transaction between him and a Herman Massello, with the offender receiving cash in exchange for drugs. Following the transaction, police followed the offender and effectuated a motor vehicle stop. As police approached, they observed the offender placing a clear plastic item with black markings into his mouth and begin chewing. To prevent the offender from destroying evidence, the police tried to open Harrell's mouth with their hands and they could smell a strong odor of raw marijuana emanating from his mouth. During his arrest, Harrell became extremely aggressive and violent by thrashing his body and flaring his arms. The offender bit one officer on the hand, and a second officer was struck in the nose. Police administered two short sprays of pepper spray to stop the offender from further assaultive behavior, and the offender was handcuffed and arrested. Harrell was carrying $1,053 on his person.

The offender was taken to police headquarters, and a warrant was obtained for the search of his residence. While at the offender's home, police recovered the following from the offender's bedroom: two large clear plastic zip lock bags containing suspected marijuana; two clear zip lock bags with an "Apple" insignia on each, numerous empty unused zip lock bags containing the Harley Davidson insignia; one digital scale; one Mossberg Model 500A 12 gauge pump shotgun with pistol grip and shoulder sling, bearing serial number J978321; and $1,000 in United States Currency.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin     *EJI/ba*
U.S. Probation Officer
Date: 04/06/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 4/21/09 @ 11:00 A.M.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/8/09
Date